

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-16-00015-CV

GREAT NORTHERN ENERGY, INC., Appellant

V.

CIRCLE RIDGE PRODUCTION, INC., Appellee

On Appeal from the 71st District Court
Harrison County, Texas
Trial Court No. 14-0460

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

Court reporter Tanya McFarland recorded the trial proceedings in appellate cause number 06-16-00015-CV, styled *Great Northern Energy, Inc. v. Circle Ridge Production, Inc.*, trial court cause number 14-0460, on appeal from the 71st Judicial District Court of Harrison County, Texas. The reporter's record was originally due in this matter on April 5, 2016. That deadline was extended twice on McFarland's requests, resulting in the most recent due date of June 6, 2016. McFarland has now filed a third request seeking an additional twenty-one-day extension of the filing deadline.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The Rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure that the record in this case is filed in a reasonable amount of time.

Therefore, we overrule McFarland's third request for an extension of the filing deadline and order her to file the reporter's record in cause number 06-16-00015-CV, styled *Great Northern Energy, Inc. v. Circle Ridge Production, Inc.*, trial court cause number 14-0460, on appeal from the 71st Judicial District Court of Harrison County, Texas, to be received by this Court no later than the close of business on Monday, June 27, 2016.

2

If the reporter's record is not received by June 27, we warn McFarland that we may begin contempt proceedings and order her to demonstrate why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.

BY THE COURT

Date: June 14, 2016